JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/16/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WASHINGTON, | Case No. CV 18-1770 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RITTER, LIEN SALES, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Cross-Motions for Summary Judgment, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to the FDCPA claim, and dismissed without prejudice as to the remaining state-law claims and declaratory relief counterclaim.

Dated this 16th day of September, 2019.

/s/
Fernando M. Olguin
United States District Judge